JS 45 (11/2002)

# Criminal Case Cover Sheet

**U.S. District Court**

| Place of Offense: | Under Seal: Yes ☐ No ☒ | Judge Assigned: Henry C. Morgan Jr. |
|---|---|---|
| City: EDVA | Indictment: | Criminal Number: 2:18CR 25 |
| County/Parish: | Same Defendant: | New Defendant: MICHAEL AMIT |
| | Magistrate Judge Case Number: | Arraignment Date: |
| | Search Warrant Case Number: | |
| | R 20/R 40 from District of _____ . | |

## Defendant Information:

| Juvenile: Yes ☐ No ☒ | FBI# | |
|---|---|---|
| Defendant Name: Michael Amit | | Alias Name(s): |
| Address: Chesapeake, VA 23321 | | |
| Birth Date: 1987 | SS#: | Sex: M | Race: | Nationality: | Place of Birth: |
| Height: 5'9" | Weight: 144 lbs | Hair: Black | Eyes: Brown | Scars/Tattoos: |
| Interpreter: Yes ☐ No ☒ | List Language and/or dialect: | | | |

## Location Status:

| Arrest Date: | |
|---|---|
| ☐ Already in Federal Custody as of: _____ , 2017 in: _____ . | |

| ☐ Already in State Custody | ☐ On Pretrial Release | ☒ Not in Custody |
|---|---|---|
| ☐ Arrest Warrant Requested | ☐ Fugitive | ☐ Summons Requested |
| ☐ Arrest Warrant Pending | ☐ Detention Sought | ☐ Bond |

## Defense Counsel Information:

| Name: Greg McCormack | ☐ Court Appointed |
|---|---|
| Address:<br>611 Lynnhaven Parkway<br>Virginia Beach, VA 23452 | ☒ Retained |
| Telephone: 757-463-7224 | ☐ Public Defender |
| | ☐ Office of Federal Public Defender should not be appointed due to conflict of interest |
| | ☐ CJA attorney: _____ should not be appointed due to conflict of interest |

## U.S. Attorney Information:

| AUSA: Elizabeth Yusi | Telephone No. 757-441-6331 | Bar #: 91982 |
|---|---|---|

### Complainant Agency, Address & Phone Number or Person & Title:

HSI, Norfolk Field Office

### U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 2252(a)(2) | Receipt of Images of Minors Engaging in Sexually Explicit Conduct | 1 | Felony |
| Set 2 | | | | |
| Set 3 | | | | |